Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Marianne Gonzales

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIANNE GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-09348-~~JFW~~-E<br><br>~~[PROPOSED]~~/ ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 3/27/19

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-2-

1  DATE: March 22, 2019             Respectfully submitted,

2                                   LAW OFFICES OF LAWRENCE D. ROHLFING

3                                        /s/ *Denise Bourgeois Haley*
                                    BY:_____
4                                   Denise Bourgeois Haley
                                    Attorney for plaintiff Marianne Gonzales

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26